UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 22-21576-CIV-MORENO**

JOSE M. INFANTE,

    Plaintiff,

vs.

LADY GREEN MIAMI RECYCLING CO.,
and MICHELE A. SALAS,

    Defendants.
_____/

## **FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE**

THIS CAUSE came before the Court upon Notice of Court Practice in Fair Labor Standards Act Cases **(D.E. 6),** filed on **May 31, 2022**. The Court's Notice ordered the Plaintiff to file a statement of claim by no later than **June 7, 2022**. As of the date of this Order, the Plaintiff has failed to comply with the Court's Order, which warned Plaintiff that a failure to comply would result in dismissal without prejudice of Plaintiff's case.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises. Accordingly, it is

**ADJUDGED** that this Cause is **DISMISSED** without prejudice, with each party bearing its own fees and costs. Further, all pending motions are DENIED as MOOT with leave to renew if appropriate.

DONE AND ORDERED in Chambers at Miami, Florida, this 13th of June 2022.

*[signature: Federico A. Moreno]*

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: -CIV-MORENO

vs.

_____/

**FINAL ORDER OF DISMISSAL AND ORDER
DENYING ALL PENDING MOTIONS AS MOOT**

THIS CAUSE came before the Court upon Notice of Court Practice in Fair Labor Standards Act Cases (**D.E. 6**)**,** filed on **May 31, 2022**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises.  Defendant has neither answered the complaint nor moved for summary judgment.  It is

**ADJUDGED** that this Cause is **DISMISSED** without prejudice, with each party bearing its own fees and costs.  *See* Fed. R. Civ. P. 41(a)(1)(A)(i).  Further, all pending motions are DENIED as MOOT with leave to renew if appropriate.

DONE AND ORDERED in Chambers at Miami, Florida, this _____ of June 2022.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: -CIV-MORENO**

vs.

_____/

**FINAL ORDER OF DISMISSAL AND ORDER
DENYING ALL PENDING MOTIONS AS MOOT**

THIS CAUSE came before the Court upon Notice of Court Practice in Fair Labor Standards Act Cases (**D.E. 6**)**,** filed on **May 31, 2022**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises.  Defendant has neither answered the complaint nor moved for summary judgment.  It is

**ADJUDGED** that this Cause is **DISMISSED** without prejudice, with each party bearing its own fees and costs.  *See* Fed. R. Civ. P. 41(a)(1)(A)(i).  Further, all pending motions are DENIED as MOOT with leave to renew if appropriate.

DONE AND ORDERED in Chambers at Miami, Florida, this _____ of June 2022.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to: