UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 22-21576-CIV-MORENO

JOSE M. INFANTE,

    Plaintiff,

vs.

LADY GREEN MIAMI RECYCLING CO.,
and MICHELE A. SALAS,

    Defendants.
_____/

### ORDER DENYING MOTION TO REOPEN

THIS CAUSE came before the Court upon Plaintiff's Motion to Reopen **(D.E. 9)**, filed on **June 13, 2022**.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is DENIED. The dismissal was without prejudice. The Plaintiff is free to file a new complaint, pay a new filing fee, and the case will be randomly assigned by the Clerk of Court. It is also

**ADJUDGED** that the Defendant's motion for extension of time is DENIED as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 23rd of June 2022.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record